AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _Massachusetts_ _____

## APPEARANCE

CASE NUMBER: MJO 3-m-245 TiA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  David Carwyn Curtis

_November 18, 2003_
Date

Filed In Open Court
11/18/03
SQ

_[signature]_
Signature

_William P. Joyce_
Print Name

_205 Portland Street_
Address

_Boston,_  _MA_  _02114_
City      State    Zip Code

_617-523-1500_
Phone Number