AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA
V.
DAVID CARWYN CURTIS
DAMIEN MARTIN MCCAFFERTY

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ03-M-2452-JGA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 13, 2003 in Suffolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) knowingly subscribe as true, false statements with respect to material facts in a document required by the immigration laws and regulations thereunder: to wit: did, on an Immigration Form I-94W entry/exit document falsely answer that David Carwyn Curtis had not previously been convicted of a crime of moral turpitude; and did present such document to an Inspector with Customs and Border Protection, an agency of the Department of Homeland Security, and did aid and abet the commission of that offense by preparing the aforesaid Form I-94W on behalf of David Carwyn Curtis; and did conspire to commit the aforesaid offense, and commit one or more acts in furtherance thereof,

in violation of Title 18 United States Code, Section(s) 1546(a); 2 and 371.

I further state that I am a(n) special agent, and that this complaint is based on the following
Official Title
facts: Immigration and Customs Enforcement

See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
GREGORY C. NEVANO

Sworn to before me and subscribed in my presence,

11-18-2003                               at       Boston, Massachusetts
Date                                                City and State

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                     Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

AFFIDAVIT OF SENIOR SPECIAL AGENT GREGORY C. NEVANO

I, Gregory C. Nevano, having been duly sworn, do hereby depose and state as follow:

1. I am a Special Agent with the Bureau of Immigration and Customs Enforcement (ICE), formally the Immigration and Naturalization Service ("INS"). I have been employed with ICE or its predecessor agency, INS, since 1991. My duties include the detection and apprehension of aliens who are in the United States unlawfully. This includes investigation of persons who have attempted entry into the United States by fraud or misrepresentation.

2. I make this affidavit in support of a criminal complaint against an individual named Damien Martin MCCAFFERTY, also known as Dameon MCCAFFERTY, and an individual known as David Carwyn CURTIS, charging each of them with fraud and misuse of visas, permits, and other documents, in violation of Title 18, United States Code, Section 1546(a); aiding and abetting, in violation of 18 United States Code, Section 2; and conspiracy, in violation of 18 United States Code, Section 371.

3. The information set forth in this affidavit is based on my own investigation, and my review of ICE records, as well as information provided by other law enforcement officials. This affidavit does not set forth all the facts of which I am aware pertaining to this matter, but only those necessary to establish the requisite probable cause.

4. MCCAFFERTY is a native and citizen of Ireland who was born in Londonderry, Northern Ireland, on or about September 13, 1968.

5. CURTIS is a native and citizen of Ireland who was born in West Berlin, Federal Republic of Germany, on or about November 19, 1971.

6. On or about November 13, 2003, MCCAFFERTY and CURTIS, along with three traveling companions, arrived at Logan International Airport in Boston,

1

Massachusetts, aboard British Airways flight 215 from London, England. On or about November 13, 2003, MCCAFFERTY arrived at Logan International Airport in Boston, Massachusetts, aboard British Airways flight 215 from London, England. MCCAFFERTY's plane tickets were issued under the alias name of "Dameon MCCAFFERTY."

7. On or about November 13, 2003, following their arrival at Logan International Airport, MCCAFFERTY and CURTIS each applied for admission into the United States as visitors for pleasure under the Visa Waiver Pilot Program (VWPP), Section 217 of the Immigration and Nationality Act, as amended. MCCAFFERTY presented to an Inspector of the Bureau of Customs and Border Protection (BCBP), an Irish passport (#T006984) bearing the name of Damien Martin MCCAFFERTY, and an I-94W Nonimmigrant Visa Waiver Arrival/Departure Form (#01407346511) bearing the same name. CURTIS presented to Inspectors' of the Bureau of Customs and Border Protection (BCBP), an Irish passport (#R920297) bearing the name of David Carwyn CURTIS, and an I-94W Nonimmigrant Visa Waiver Arrival/Departure Form (#01407356611) bearing the name David CURTIS.

8. On or about November 13, 2003, MCCAFFERTY's and CURTIS's biographical information was entered into the Interagency Border Inspection System (IBIS). MCCAFFERTY's information was entered under the alias name of "Dameon MCCAFFERTY." No derogatory information was found in IBIS pertaining to CURTIS, or pertaining to MCCAFFERTY under the spelling Dameon MCCAFFERTY. MCCAFFERTY and CURTIS were each admitted until February 12, 2004 as visitors for pleasure under the Visa Waiver Pilot Program.

9. On or about November 17, 2003, this writer reviewed the flight manifest for British Airways Flight 215 in the IBIS system. MCCAFFERTY's first name was spelled "Dameon" rather than the way his name is spelled on his Irish Passport (Damien). This writer queried MCCAFFERTY's name as it appears on his passport, resulting in a positive match in the National Automated Information Lookout System (NAILS) under lookout record number MCC09136801. The lookout indicated that MCCAFFERTY has a previous criminal record.

10. On or about November 17, 2003, MCCAFFERTY and CURTIS voluntarily appeared at ICE office at the John F. Kennedy Federal Building in Boston, Massachusetts. MCCAFFERTY originally spoke to Supervisory Special Agent (SSA) Kevin W. Jarvis in the hallway on the seventeenth floor of the John F. Kennedy Federal Building. MCCAFFERTY admitted to SSA Jarvis that both he and David CURTIS had criminal convictions on their records. SSA Jarvis advised MCCAFFERTY that he did not have to talk about this matter until he was brought inside the ICE office and questioned formally. Once inside the ICE office, this writer read MCCAFFERTY his Miranda Warnings on INS form I-214. MCCAFFERTY stated that he did not want to sign this form or give a formal statement to this writer. MCCAFFERTY voluntarily admitted to this writer that he had previously been arrested and served six months in jail in Ireland. MCCAFFERTY stated that he has been admitted to the United States several times subsequent to his jail sentence, each time as a visitor under the Visa Waiver Pilot Program. MCCAFFERTY stated that he is usually detained upon his arrival by Immigration Inspectors, but has always been admitted.

3

11. Question (B) on the reverse side of form I-94 asks the applicant for admission, "Have you ever been arrested or convicted for an offense or crime involving moral turpitude or a violation related to a controlled substance; or been arrested or convicted for two or more offenses for which the aggregate sentence to confinement was five years or more; or been a controlled substance trafficker; or are you seeking to engage in criminal or immoral activities?" MCCAFFERTY voluntarily stated that he checked the "NO" box in response to question (B) on his own I-94W form and on the I-94W forms of each of his four traveling companions, including CURTIS, Donald Oliver BROWNE (previously charged in this Court with a violation of 18 United States Code, Section 1546(a)), John Grant and William Grant. Upon completion of all the I-94W forms, MCCAFFERTY gave them to his four friends and each one signed his own form.

12. On November 17, 2003 at 2:10 p.m., CURTIS was provided with Form I-214, Warning as to Rights, to which CURTIS signed and CURTIS also signed the Waiver portion of Form I-214 stating he was willing to make a statement. Curtis stated that he had been convicted in the Reading Crown Court in Berkshire, England on January 31, 1997 of attempted murder, and was sentenced to imprisonment for 13 years. CURTIS stated that he was released on August 13, 2003, and is currently on probation in Derry City, Northern Ireland. CURTIS acknowledged that his answer to Question (B) on the reverse side of the FROM I-94W was false.

13. On November 17, 2003, MCCAFFERTY and CURTIS were each placed under arrest as an alien who was inadmissible at the time of his entry. Each was served with a Warrant and Order of Removal under Sections 217 & 237 of the Immigration and

13. On November 17, 2003, MCCAFFERTY and CURTIS were each placed under arrest as an alien who was inadmissible at the time of his entry. Each was served with a Warrant and Order of Removal under Sections 217 & 237 of the Immigration and Nationality Act. CURTIS and MCCAFFERTY were placed into ICE custody at or about 4:30 p.m.

14. Based on the foregoing, I believe that probable cause exists that CURTIS and MCCAFFERTY knowingly made false statements with respect to a material fact in an application, affidavit, or other document required by the immigration laws or regulations, in violation of Title 18 United States Code, Section 1546(a); that MCCAFFERTY aided and abeted CURTIS in so doing, in violation of 18 United States Code, Section 2; and that they conspired to commit the aforesaid criminal offense, and committed overt acts in furtherance thereof, in violation of 18 United States Code, Section 371.

Gregory C. Nevano SrSA
Senior Special Agent
ICE Boston, MA

Subscribed and sworn to before me this 18th day of November 2003.

JOYCE LONDON ALEXANDER
United States Magistrate Judge

5

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** _ll_     **Investigating Agency** _I.C.E./J.T.T.F_

**City** _Boston_     **Related Case Information:**

**County** _Suffolk_     Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _X_
Magistrate Judge Case Number   _03-M-244-JLA_
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** _David Carwyn CURTIS_     Juvenile ☐ Yes ☒ No

**Alias Name** _N/A_

**Address** _17 Rose Court, Londonderry, NORTHERN IRELAND, UNITED KINGDOM_

**Birth date:** _1971_   **SS#:** _None_   **Sex:** _M_   **Race:** _Cauc./Non-Hisp._   **Nationality:** _Irish_

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Gregory Moffatt_     **Bar Number if applicable** _559778_

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _English_

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** _11/17/2003_

☒ Already in Federal Custody as _immigration detainee_ in _I.C.E./South Bay Corr. Facility_
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/18/03     **Signature of AUSA:** _[signature]_

%JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     David Carwyn CURTIS

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1546(a) | False Statements on Immigration document | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS45.Curtis.wpd - 3/13/02

✎JS 45 (5/97) - (Revised USAO MA 3/25/02)

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** I.C.E./J.T.T.F

**City** Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant X
Magistrate Judge Case Number    03-M-244-JLA
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Damien Martin MCCAFFERTY    Juvenile    ☐ Yes    ☒ No

Alias Name    Dameon Martin MCCAFFERTY

Address    17 Corrody Road, Londonderry, NORTHERN IRELAND, UNITED KINGDOM

Birth date: 1968    SS#: None    Sex: M    Race: Cauc./Non-Hisp.    Nationality: Irish

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA    Gregory Moffatt    Bar Number if applicable    559778

Interpreter:    ☐ Yes    ☒ No    List language and/or dialect:    English

Matter to be SEALED:    ☐ Yes    ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:    11/17/2003

☒ Already in Federal Custody as    immigration detainee    in    I.C.E./South Bay Corr. Facility    .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on _____

Charging Document:    ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty    ☐ Misdemeanor    ☒ Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/18/03    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Damien Martin MCCAFFERTY

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §§ 1546(a), 2 | False Statements; aiding and abetting | 1 |
| Set 2  18 U.S.C. § 371 | Conspiracy | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____