UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. MJ03-M-245;001 JLA

UNITED STATES OF AMERICA

V.

DAVID CARWYN CURTIS
Defendant

## WAIVER OF RIGHT TO SEPARATE COUNSEL

ALEXANDER, U.S.M.J.

I, _David Carwyn Curtis_, have been advised by U.S. Magistrate Judge Joyce London Alexander of some of the risks confronted where a defendant is represented by a lawyer whose firm also represents another person who is a defendant in the same case. I have also been advised that my lawyer represents another client in a related case. I have discussed these risks with my counsel and understand the nature of those risks. I have been further advised by U.S. Magistrate Judge Joyce London Alexander that I have an absolute right to retain separate counsel or, if financially qualified, to have separate counsel appointed by the court and paid for by the government.

Being fully aware of the possible risks and of my right to separate counsel, I nevertheless choose to proceed to be represented by Attorney William P. Joyce, whose firm also represents a co-defendant in the same case and another client in a related case.

_____
Defendant

11/21/03
Date

_____
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE