UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>**UNITED STATES OF AMERICA**</u> | **CRIMINAL CASE :** |
| | NO. <u>03-10358-001-MEL</u> |
| V. | NO. <u>03-10358-002-MEL</u> |
| | NO. <u>03-10358-003-MEL</u> |

<u>**DONALD OLIVER BROWNE**</u>
<u>**DAVID CARWYN CURTIS**</u>
<u>**DAMIEN MARTIN McCAFFERTY**</u>
           **Defendant**

## <u>NOTICE</u>

<u>**LASKER, S.D.J.**</u>

PLEASE TAKE NOTICE that the above-entitled case has been set for <u>Arraignment/Plea/Sentencing on November 26, 2003</u> at <u>10:00</u> A.M. before Judge <u>MORRIS E. LASKER</u> in Courtroom # <u>8</u> on the <u>3 rd</u> floor.

TONY ANASTAS,
CLERK OF COURT

<u>November 24, 2003</u>          By:   <u>/s/ George H. Howarth</u>
   Date                                      Deputy Clerk

**Notice mailed to:**

(Notice of Hearing.wpd - 7/99)                [kntchrgcnf.]
                                                                        [ntchrgcnf.]