UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2003CR10358-MEL

UNITED STATES OF AMERICA

V.

DONALD OLIVER BROWNE,

DAVID CARWYN CURTIS,

AND

DAMIEN MARTIN MCCAFFERTY A/K/A DAMEON MARTIN MCCAFFERTY

**ORDER ON DETENTION**

November 26, 2003

ALEXANDER, M.J.

The defendants, Donald Oliver Browne, David Carwyn Curtis, and Damien Martin

McCafferty A/K/A Dameon Martin McCafferty, appeared before this Court on November

21, 2003 for a detention hearing pursuant to a complaint charging them with violations of

18 U.S.C. § 1546 (use of a fraudulent visa), 18 U.S.C. § 1546F (making false statements

on immigration documents), 18 U.S.C. § 371F (conspiracy), and/or 18 U.S.C. § 2 (aiding

and abetting).   At the hearing, the government was represented by Assistant United

States Attorney Gregory T. Moffatt; Mr. Browne was represented by Attorney Paul F.

Zerola, Mr. Curtis was represented by Attorney William P. Joyce, and Mr. McCafferty

was represented by Attorney Stephanie F. Dyson.   After the Court held a Rule 44(c)

hearing and informed the defendants of the potential conflicts that might arise from their representation by attorneys within the same firm, each of the defendants waived their rights to separate counsel and consented to detention.   Accordingly, the Court ORDERED the defendants, Donald Oliver Browne, David Carwyn Curtis, and Damien Martin McCafferty A/K/A Dameon Martin McCafferty, DETAINED pursuant to 18 U.S.C. § 3142 (e) and remanded them to the custody of the United States Marshal's Service.

SO ORDERED.

_____
United States Magistrate Judge