UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| DONALD OLIVER BROWNE, ) | CRIMINAL NO. 03-10358-MEL |
| DAVID CARWYN CURTIS and ) | |
| DAMIEN MARTIN MCCAFFERTY ) | |
| ) | |
| _____ ) | |

**WAIVER OF INDICTMENT**

I, Donald Oliver Browne, one of the above-named defendants, who is accused of misuse of immigration documents in violation of 18 U.S.C. § 1546(a) on November 13, 2003, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
DONALD OLIVER BROWNE

_____
PAUL F. ZEROLA, ESQ.
William P. Joyce Esq.

Date: November 26, 2003

ALLOWED IN OPEN COURT:

_____
MORRIS E. LASKER
UNITED STATES SENIOR DISTRICT JUDGE