UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>DONALD OLIVER BROWNE,    )<br>DAVID CARWYN CURTIS and )<br>DAMIEN MARTIN MCCAFFERTY )<br>)<br>_____ ) | CRIMINAL NO. 03-10358-MEL |

### WAIVER OF INDICTMENT

I, Damien Martin McCafferty, one of the above-named defendants, who is accused of aiding and abetting misuse of immigration documents in violation of 18 U.S.C. §§ 1546(a) and 2 on November 13, 2003, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
DAMIEN MARTIN MCCAFFERTY

_____
STEPHANIE DYSON, ESQ.

Date: November 26, 2003

ALLOWED IN OPEN COURT:

_____
MORRIS E. LASKER
UNITED STATES SENIOR DISTRICT JUDGE